UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: 6-6-22

------------------------------------------------------------------ x

UNITED STATES OF AMERICA,

                            Plaintiff,

      -against-

DONNELL MURRAY,

                            Defendant.

------------------------------------------------------------------ x

21-CR-673 (ALC)

**ORDER**

**ANDREW L. CARTER, JR., District Judge:**

    A Change of Plea Hearing is set for **June 21, 2022** at **2:00 p.m.**

SO ORDERED.

Dated:     New York, New York
             June 6, 2022

                                            ANDREW L. CARTER, JR.
                                            United States District Judge