UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: 6-23-22

------------------------------------------------------------------- x

UNITED STATES OF AMERICA,

       Plaintiff,

 -against-

DONNELL MURRAY,

       Defendant.

------------------------------------------------------------------- x

21-CR-673 (ALC)

<u>ORDER</u>

ANDREW L. CARTER, JR., District Judge:

 A Change of Plea Hearing is set for **July 7, 2022** at **12:00 p.m.**

SO ORDERED.

Dated: New York, New York
    June 23, 2022

              _/s/ Andrew L. Carter, Jr._
              ANDREW L. CARTER, JR.
              United States District Judge