```
UNITED STATES DISTRICT COURT                           USDC SDNY
SOUTHERN DISTRICT OF NEW YORK                          DOCUMENT
                                                       ELECTRONICALLY FILED
------------------------------------------------------------ x  DOC#: _____
UNITED STATES OF AMERICA,                              DATE FILED: 6-30-22
                                                :
                         Plaintiff,             :
                                                :      21-CR-673 (ALC)
         -against-                              :
                                                :      **ORDER**
DONNELL MURRAY,                                 :
                                                :
                         Defendant.             :
                                                :
                                                :
------------------------------------------------------------ x
```

**ANDREW L. CARTER, JR., District Judge:**

The Change of Plea hearing scheduled for July 7, 2022 is adjourned to **3:00 p.m.**

**SO ORDERED.**

Dated:    New York, New York
          June 30, 2022

                                         _____
                                         ANDREW L. CARTER, JR.
                                         United States District Judge