# BLG BRILL|LEGAL|GROUP, P.C.

Tel: (888) 315-9841 | www.brill-legal.com

Peter E. Brill
David Gray
Mitchell Hirsch*
Rita Bonicelli*
Matthew Halcken*
James Moschella*
*Of Counsel

MEMO ENDORSED

October 4, 2022

**VIA ECF**
Hon. Andrew L. Carter Jr.
United States District Judge
Thurgood Marshall United States Courthouse
40 Foley Square
New York, NY 10007

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: 10-11-22

Re: **USA v. Donnell Murray**
    21 Cr. 673 (ALC)

Dear Judge Carter:

I represent Donnell Murray. I write to request an adjournment of Mr. Murray's sentencing to early December 2022 or early January 2023, as I will be on trial for most of October, including the current sentencing date of October 11, 2022.

With the Court's approval, I would respectfully request one of the following dates: December 2, 5, 7, 8 or January 2-6. The government consents to this request.

Thank you for your consideration.

Respectfully submitted,

Peter E. Brill

*The application is granted. Sentencing adjourned to 1-5-23 at 12 p.m.*
*So Ordered.*
*Andrew L. Carter*
*10-11-22*

306 Fifth Avenue
Penthouse
New York, N.Y. 10001

64 Hilton Avenue
Hempstead, N.Y. 11550

150 Motor Parkway
Suite 401
Hauppauge, N.Y. 11788