UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------------ x

UNITED STATES OF AMERICA,

                          Plaintiff,

   -against-

DONNELL MURRAY,

                         Defendant.

------------------------------------------------------------------ x

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: __1/13/23__

21-CR-673 (ALC)

**ORDER**

**ANDREW L. CARTER, JR., District Judge:**

The sentencing scheduled for January 18, 2023 is adjourned to **3:30 p.m.**

**SO ORDERED.**

**Dated:**     **New York, New York**
              **January 13, 2023**

_____
**ANDREW L. CARTER, JR.**
**United States District Judge**