UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------------------- x

UNITED STATES OF AMERICA,

                    Plaintiff,

   -against-

DONNELL MURRAY,

                    Defendant.

-------------------------------------------------------------- x

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: 1/13/2023

21-CR-673 (ALC)

**ORDER**

**ANDREW L. CARTER, JR., District Judge:**

The sentencing scheduled for January 18, 2023 is adjourned to **February 8, 2023** at 12:00 p.m.

SO ORDERED.

Dated:     New York, New York
             January 13, 2023

                                              **ANDREW L. CARTER, JR.**
                                              **United States District Judge**