# BIG BRILL LEGAL GROUP, P.C.

Tel: (888) 315-9841  |  www.brill-legal.com

Peter E. Brill
David Gray
Mitchell Hirsch*
Rita Bonicelli*
Matthew Haicken*
James Moschella*
*Of Counsel

January 31, 2023

**VIA ECF**
Hon. Andrew L. Carter Jr.
United States District Judge
Thurgood Marshall United States Courthouse
40 Foley Square
New York, NY 10007

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED:  2/2/23 _____

Re:    *USA v. Donnell Murray*
       *21 Cr. 673 (ALC)*

Dear Judge Carter:

I represent Donnell Murray. Following my last submission, and after a number of communication delays from the MDC, I have spoken to Mr. Murray and determined that there has been no breakdown in the attorney-client relationship. Mr. Murray did not refuse my most recent attorney visit and indicates he was not given notice by MDC staff that I was waiting to see him.

I am starting a trial in the Eastern District tomorrow and will be unavailable for sentencing on February 8, 2023. I will also be unable to meet with Mr. Murray and complete my sentencing submission for a few weeks. As such, I am respectfully requesting that Mr. Murray's sentencing be adjourned to March 8, 9 or 10, 2023, or a later date convenient to the Court.

Thank you for your consideration.

The application is **GRANTED**.
The sentencing is adjourned to 3/14/22
at 3:30 p.m.
So Ordered.

Respectfully submitted,

Peter E. Brill

2/2/23

306 Fifth Avenue
Penthouse
New York, N.Y. 10001

64 Hilton Avenue
Hempstead, N.Y. 11550

150 Motor Parkway
Suite 401
Hauppauge, N.Y. 11788